UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS TAYLOR,

    Plaintiff,

v.                                              Case No. 3:21-cv-129-TJC-MCR

INTERNATIONAL AEROSPACE
COATINGS, INC.,

    Defendant.

## ORDER

Upon review of the Parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 8), filed on June 14, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of June, 2022.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record